**Opinion issued March 14, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00136-CR

———————————

## IN RE WILLIAM LESTER RICE, JR., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator William Lester Rice, Jr., incarcerated and proceeding pro se, filed a petition for writ of mandamus, arguing that "the orders signed by [the trial court] in the case are void."[1]

---

[1] The underlying case is *William Lester Rice, Jr. v. The State of Texas*, Cause No. 857604, in the 185th District Court of Harris County, Texas, the Honorable Andrea Beall presiding.

We deny the petition.  Tex. R. App. P. 52.8(a).  Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish.  TEX. R. APP. P. 47.2(b).